FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA						PLAINTIFF

v.					No. 4:04CV01392 JMM

DARLENE PATRICK, and her spouse, if any
and the STATE OF ARKANSAS,
DEPARTMENT OF FINANCE & ADMINISTRATION, AND
ARKANSAS EMPLOYMENT SECURITY DEPARTMENT			DEFENDANTS

### ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on April 1, 2005. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Saline County, Arkansas, for four consecutive weeks, the last publication being on May 4, 2005, and that the said sale was held at the Saline County Courthouse, Benton, Arkansas, on May 24, 2005, at 9:00 a.m., in conformity with the judgment of this Court. At such sale Brad A. Hicks, bid the sum of $55,000.00, and that being the highest and best bid offered, the property was then sold to Brad A. Hicks.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $55,000.00, shall be paid to the United States of America, and the Department of Agriculture, Rural Development. The expense items reported by the United States Marshal in the amount of $109.92 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser Brad A. Hicks in possession of the property.

DATED: 9/12/05

James M Moody
UNITED STATES DISTRICT JUDGE