FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2005

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:04CV01392 JMM

DARLENE PATRICK, and her spouse, if any
and the STATE OF ARKANSAS,
DEPARTMENT OF FINANCE & ADMINISTRATION, AND
ARKANSAS EMPLOYMENT SECURITY DEPARTMENT       DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Brad A. Hicks, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Ray E. Carnahan acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 9/12/05

_____
UNITED STATES DISTRICT JUDGE

This Space Reserved for Recording Information

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 4:04-CV-01392 JMM pending in the United States District Court for the Eastern District of Arkansas, Western Division, wherein UNITED STATES OF AMERICA was plaintiff and DARLENE PATRICK, AND HER SPOUSE, IF ANY, AND THE STATE OF ARKANSAS, DEPARTMENT OF FINANCE & ADMINISTRATION, AND ARKANSAS EMPLOYMENT SECURITY DEPARTMENT were defendants, a judgment was entered on April 1, 2005, directing the foreclosure of a certain mortgage executed by Darlene Patrick to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on May 24, 2005, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale Brad A. Hicks, a single man, was the highest and best bidder, bidding for said property the sum of $55,000.00, the property then being struck off to the said Brad A. Hicks; and

WHEREAS, such sale was duly reported to the above described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto the said Brad A. Hicks, a single man, and his heirs and assigns forever, all of the right, title, interest, equity and estate of plaintiff, United States of America, and all defendants to this action in and to the following property situated in Saline County, Arkansas, to wit:

> All that part of the North Half of the Fractional Section 19, Township 2 South, Range 13 West, Saline County, Arkansas, more fully described as follows: Commencing at the Northwest corner of said Section 19, and run thence South 86 deg. 36 min. 20 sec. East, along the North line thereof, for 1098 feet; thence South 01 deg. 01 min. 06 sec. East for 331.41 feet; thence South 86 deg. 38 min. 34 sec. East 1326.34 feet; thence South 01 deg. 49 min. 03 sec. West for 1685.28 feet; thence North 85 deg. 52 min. 47 sec. West for 198.91 feet to the center of Childress Road; run thence North 07 deg. 02 min. 13 sec. West, along center of road, for 235.29 feet; thence North 24 deg. 57 min. 37 sec. West, along center of road, for 106.49 feet; thence North 86 deg. 45 min. 15 sec. West for 25 feet to a point on the West line of said Road; thence North 23 deg. 47 min. West, along West line of Road, for 173.94 feet; thence North 32 deg. 51 min. West, along West line of Road, for 76.69 feet to the point of beginning of land herein described; thence continue North 32 deg. 51 min. West, along Road line, 42.48 feet; thence North 56 deg. 04 min. West, along Road line for 112.65 feet; thence North 61 deg. 49 min. West for

125.51 feet; thence South 39 deg. 57 min. West for 130.17 feet; thence South 45 deg. 21 min. East for 250 feet; thence North 48 deg. 29 min. East 177.49 feet to the point of beginning. ALSO, an easement for ingress and egress and utilities over the following described property: Commencing at the point of beginning of land herein described above and run thence North 32 deg. 51 min. West for 42.48 feet; thence North 56 deg. 04 min. West for 112.65 feet; thence North 61 deg.49 min. West for 125.51 feet to the point of beginning of easement; thence North 61 deg. 49 min. West for 25 feet; thence South 39 deg. 57 min. West for 130.17 feet; thence South 61 deg. 49 min. East for 25 feet; thence North 39 deg. 57 min. East for 130.17 feet to the point of beginning.

TO HAVE AND TO HOLD the said property unto the said Brad A. Hicks, a single man, and his heirs and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 1st day of September, 2005.

*Ray E. Carnahan*
Ray E. Carnahan
United States Marshal

PREPARED BY:
Fletcher Jackson
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR   72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
)
COUNTY OF PULASKI )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 1st day of September, 2005, set my hand and official seal as such Notary Public.



_Sandra L. Melton_
Notary Public