FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:04CV01392 JMM

DARLENE PATRICK, and her spouse, if any
and the STATE OF ARKANSAS,
DEPARTMENT OF FINANCE & ADMINISTRATION, AND
ARKANSAS EMPLOYMENT SECURITY DEPARTMENT            DEFENDANTS

## ORDER OF DISTRIBUTION

On May 24, 2005 at 9:00 a.m., at the East entrance of the Saline County Courthouse, Benton, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on April 1, 2005. At such sale, Brad A. Hicks, was the highest and best bidder for the property, and the property was then sold to the said Brad A. Hicks.

The United States Marshal received checks totaling $ 56,100.11, from Brad A. Hicks for payment in full for the property. In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

DATED: 9/12/05

_____
UNITED STATES DISTRICT JUDGE